IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

FRANK DEPINTO,

     Appellant,

v.

CINDY BOSHELLE, IN HER
OFFICIAL CAPACITY AS
STUDENT AFFAIRS
COUNSELOR, THELMA
GREEN, IN HER CAPACITY
AS CUSTODIAN, GULF
COAST STATE COLLEGE,

     Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-5162

Opinion filed January 9, 2017.

An appeal from an order of the Circuit Court for Bay County.
Hentz McClellan, Judge.

Frank DePinto, pro se, Appellant.

No appearances for Appellees.

PER CURIAM.

     DISMISSED.

ROBERTS, C.J., WOLF and B.L. THOMAS, JJ., CONCUR.